**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

NATHAN E. JACOBS,

    Petitioner,

v.                                                    Case No. 19-13807

AVERY BROWN,

    Respondent.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying a Certificate of Appealability" entered on January 30, 2020,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Avery Brown and against Petitioner Nathan E. Jacobs. Dated at Port Huron, Michigan, January 30, 2020.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  By: <u>s/Lisa Wagner</u>
                                                     Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland