**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

NATHAN JACOBS,

                Petitioner,

                                        Case No: 19-13807

vs.

AVERY BROWN,

                Respondent.

_____/

## <u>ORDER GRANTING APPLICATION TO PROCEED ON APPEAL</u><br><u>WITHOUT PREPAYMENT OF FEES AND COSTS</u>

      The Petitioner has filed an "Application to Proceed on Appeal without

Prepayment of Fees and Costs" on February 28, 2020 in the above matter.  The Court

has considered the application and is persuaded that it should be granted, therefore,

      IT IS ORDERED that the Petitioner Nathan Jacobs's Application [Dkt #8] to

Proceed on Appeal without Prepayment of Fees and Costs is **GRANTED.**


                        S/Robert H. Cleland_____
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  April 3, 2020


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, April 3, 2020, by electronic and/or ordinary mail.


                        S/Lisa Wagner_____
                        Case Manager and Deputy Clerk
                        (810) 292-6522